**Order entered November 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00225-CR**

**KAMORIN GOODE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-45404-M**

**ORDER**

Before the Court is the State's November 16, 2022 motion for a second extension of time to file the State's tendered brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/ LANA MYERS
JUSTICE